**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**DERRICK POSS,**                                                          **PETITIONER**

**V.**                   **NO. 1:07CV205-M-D**

**STATE OF MISSISSIPPI, et al.,**                            **RESPONDENTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated May 28, 2008, was on that date duly served by mail upon Plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

    **ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated May 28, 2008, is hereby APPROVED and ADOPTED as the opinion of the court;

2) the petition is DISMISSED with prejudice; and

3) this case is CLOSED.

THIS the 30th day of June, 2008.

                                            **/s/ MICHAEL P. MILLS
                                            CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT
                                            NORTHERN DISTRICT OF MISSISSIPPI**